JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAVENSIGHT CAPITAL, LLC, | Case No. CV 17-6727 FMO (MRWx) |
| Plaintiff, | |
| v. | **JUDGMENT AND VEXATIOUS LITIGANT DETERMINATION** |
| FACEBOOK, INC., | |
| Defendant. | |

Pursuant to the Court's Order Re: Pending Motions, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED that:

1. Havensight Capital LLC ("Havensight") is hereby declared to be a vexatious litigant. Havensight shall: (a) obtain written authorization from a District Judge or Magistrate Judge of this Court prior to filing any lawsuit in the United States District Court for the Central District of California against Facebook Inc. based on any allegation related to online advertisements, unfair business practices, anticompetitive conduct, fraud, tortious conduct, negligence, or racketeering; and (b) deposit $5,000 as security with the Court to secure the payment of any costs, sanctions, or other amounts which may be awarded against plaintiff or its counsel.

2. The above captioned case is **dismissed with prejudice**.

Dated this 24th day of September, 2018.

/s/
Fernando M. Olguin
United States District Judge