# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| HAVENSIGHT CAPITAL, LLC, | ) Case No. CV 17-6727 FMO (MRWx) |
|---|---|
| Plaintiff, | ) |
| v. | ) **JUDGMENT Re: ATTORNEY'S FEES AND EXPENSES** |
| FACEBOOK, INC., | ) |
| Defendant. | ) |

Pursuant to the Court's Order Re: Attorney's Fees and Expenses, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED that Benjamin Woodhouse shall pay defendant Facebook, Inc. the amount of $69,275.73 in attorney's fees and $1,994.16 in expenses.

Dated this 9th day of November, 2018.

/s/
Fernando M. Olguin
United States District Judge